UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:20-cv-62567-AOV

BRITTNIE ANDERSON,
BIANCA F. CURATOLO, and
DANIEL TAYLOR, on or behalf of
themselves and on behalf of all others
similarly situated,

    Plaintiffs,

v.

HAMZEH ALASFAR, TAYSEER ALKHAYATT,
CELLPORT INTERNATIONAL, INC. and
TAHA ALASFAR,

    Defendants.
_____/

## JOINT STATUS REPORT

Plaintiffs, BRITTNIE ANDERSON, BIANCA F. CURATOLO, and, DANIEL TAYLOR ("Plaintiffs") and Defendants, HAMZEH ALASFAR, TAYSEER ALKHAYATT, CELLPORT INTERNATIONAL, INC., and TAHA ALASFAR ("Defendants"), by and through their respective counsel hereby submit this Joint Status Report in response to this Court's November 1, 2022 Order (Doc. 58), and state as follows:

1. Since their June 24, 2022 Response to Plaintiffs' Motion to Enforce Settlement Agreement, Defendants have made three payments of $500 each – two in August and one in September.

2. However, because Defendants have not paid the amounts agreed upon in the Settlement Agreement, the issues in the Motion to Enforce remain unresolved.

3. Court intervention is needed because issues remain unresolved.

Dated: November 4, 2022.

By:

| | |
|---|---|
| /s/ Christopher J. Saba<br>**CHRISTOPHER J. SABA**<br>Florida Bar Number: 0092016<br>Direct No.: 813-321-4086<br>**WENZEL FENTON CABASSA, P.A.**<br>1110 North Florida Ave., Suite 300<br>Tampa, Florida 33602<br>Main No.: 813-224-0431<br>Facsimile: 813-229-8712<br>Email: csaba@wfclaw.com<br>Email: tsoriano@wfclaw.com<br><br>*Attorneys for Plaintiffs* | /s/ Charles M. Eiss<br>**CHARLES M. EISS**<br>Florida Bar No. 612073<br>**SHANNA WALL**<br>Florida Bar No. 0051672<br>**LAW OFFICES OF CHARLES EISS, P.L.**<br>7951 SW Sixth Street, Suite 112<br>Plantation, Florida 33324<br>(954) 914-7890 (Office)<br>(855) 423-5298 (Facsimile)<br>chuck@icelawfirm.com<br>shanna@icelawfirm.com<br><br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of November, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Christopher J. Saba
**CHRISTOPHER J. SABA**

SERVICE LIST
*Brittnie Anderson, et. al v. Hamzeh Alasfar, et al.,*
Case No.: 0:20-cv-62567-AOV
United States District Court Southern District of Florida

Christopher J. Saba, Esq
Fla Bar No.: 0092016
Email: csaba@wfcla.com
       tsoriano@wfclaw.com
WENZEL FENTON CABASSA, P.A.
1110 North Florida Avenue, Suite 300
Tampa, Florida 33602
Phone: (813) 224-0431
Fax: (813) 229-8712

Attorney for Plaintiffs


Charles Eiss, Esq.
Fla. Bar No.: 612073
Email: chuck@icelawfirm.com
Shanna Wall, Esq.
Fla. Bar No,: 0051672
Email: shanna@icelawfirm.com
Law Offices of Charles Eiss, P.L.
7951 SW 6th Street, Suite 112
Plantation, FL 33324
(954) 914-7890 (Telephone)
(855) 423-5298 (Facsimile)

Attorney for Defendants

Method of Service: CM/ECF